# Fwd: U.S. Bankruptcy Court, Northern District of Mississippi - Returned Mail Notice, In re: Pamela T. Pernell, Case Number: 16-11745, JDW, Ref: [p-118504498]

Robert Lomenick

Fri 3/9/2018 5:00 PM

To: Jamie Brigance <jamiebrigance@hotmail.com>;

1 attachments (484 KB)
R_P11611745pdf00050153.PDF;

---------- Forwarded message ----------
From: <USBankruptcyCourts@noticingcenter.com>
Date: Fri, Mar 9, 2018 at 2:49 PM
Subject: U.S. Bankruptcy Court, Northern District of Mississippi - Returned Mail Notice, In re: Pamela T. Pernell, Case Number: 16-11745, JDW, Ref: [p-118504498]
To: rlomenick@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

March 9, 2018

From: United States Bankruptcy Court, Northern District of Mississippi

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Pamela T. Pernell, Case Number 16-11745, JDW

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Cochran U.S. Bankruptcy Courthouse</u>
<u>703 Highway 145 North</u>
<u>Aberdeen, MS 39730</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

CashnetUSA
PO Box 643990
Cincinatti, OH 46264-3990

THE UPDATED ADDRESS IS:

175 W. Jackson Blvd, ste 1000
Chicago, IL 60604

_RH Lomenick_                         3/29/18
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

--

Robert Lomenick
662-252-3224
662-890-3100

--------------------------------------------------------------------------------

The information contained in this electronic mail transmission (including any accompanying attachments) is intended solely for its authorized recipient(s), and may be confidential and/or legally privileged. If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are hereby notified that you are prohibited from reading, copying, printing, distributing or disclosing any of the information contained in it. In that event, please contact us immediately by telephone (662-252-3224) or by electronic mail at rlomenick@gmail.com and delete the original and all copies of this transmission (including any attachments) without reading or saving in any manner.

Any metadata contained in this electronic mail and in any document attached hereto is not intended for any recipient. Pursuant to ABA Opinion, Model Rule 4.4(b), the recipient has an obligation to refrain from reviewing the materials, notify the attorney and abide by such instructions regarding disposition of the confidential documents.