---

**Fill in this information to identify the case:**

Debtor 1      Pamela T. Pernell
Debtor 2      Stanley R. Pernell
                    (Spouse, if filing)
United States Bankruptcy Court for the Northern District of Mississippi
                                                                  (State)
Case number:  16-11745-JDW

---

Official Form 410S1
# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, for Residential Asset Mortgage Products, INC., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-RP1

**Court Claim No.** (if known): 18

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX2120

**Date of Payment Change:**  July 1, 2019

Must be at least 21 days after date of this notice.

**New total payment:**
Principal, interest, and escrow, if any  $528.30

## Part 1:   Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐  No.
☒  Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:  $167.64            New escrow payment:  $131.05

## Part 2:   Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒  No.
☐  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a statement is not attached, explain why: _____

Current interest rate: _____%              New interest rate: _____%

Current principal and interest payment: _____      New principal and interest payment: : _____

## Part 3:   Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒  No
☐  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*
    Reason for change: _____
    Current mortgage payment: _____             New mortgage payment: _____

---

## Part 4: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ Bradley P. Jones
         Signature

Date: May 10, 2019

**Print:**     Bradley P. Jones
              First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company    Shapiro & Brown, LLC

Address    1080 River Oaks Drive, Suite B-202
           Number          Street

           Flowood, MS 39232
           City                State    ZIP Code

Contact phone    (601) 981-9299

Email  MSBankruptcy@logs.com

## CERTIFICATE OF SERVICE

I, Bradley P. Jones, of the firm of Shapiro & Brown, LLC, do hereby certify that I have this date provided a copy of the foregoing Notice of Mortgage Payment Change either by electronic case filing or by United States mail postage pre-paid to the following:

Locke D. Barkley, Chapter 13 Trustee
sbeasley@barkley13.com

Robert H. Lomenick, Jr., Attorney for the Debtor
rlomenick@gmail.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Pamela T. Pernell and Stanley R. Pernell
13 County Road 412
Oxford, MS 38655

Pamela T Pernell
13 County Road 412
Oxford, MS 38655

Stanley R Pernell
13 County Road 412
Oxford, MS 38655

Dated: May 10, 2019

                                            Respectfully submitted
                                            SHAPIRO & BROWN, LLC

                                            /s/ Bradley P. Jones
                                                Bradley P. Jones
                                                Attorney for Creditor

Presented by:
J. Gary Massey, MSB#1920
Bradley P. Jones, MSB#9731
SHAPIRO & BROWN, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: msbankruptcy@logs.com
BK Case No. 16-11745-JDW